Argued and submitted October 7, affirmed November 4, 1998, respondent's motion to dismiss filed November 2 and appellant's response to motion to dismiss filed November 18 allowed by opinion February 24, 1999
See 158 Or App 652, _____ P2d _____ (1999)
Petition for review dismissed April 16, 1999 (328 Or 465)

ROLAND J. MONTOYA,
*Appellant,*

*v.*

Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(97-06-28971M; CA A100422)

966 P2d 832

Bob Pangburn argued the cause and filed the brief for appellant.

Judy C. Lucas, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before De Muniz, Presiding Judge, and Haselton and Armstrong, Judges.

PER CURIAM

Affirmed. *Merrill v. Johnson,* 155 Or App 295, 964 P2d 284 (1998).